UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMANDA KERNAHAN, | : | |
| | : | Civil Action No. 12-6984 (PGS) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| BOROUIGH OF RED BANK, et al., | : | |
| Defendants. | : | |

A Report and Recommendation was filed on August 19, 2013 recommending that Plaintiff's Complaint be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b) and Local Civil Rule 41.1(a). The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 12th day of September, 2013,

**ORDERED** that the Report and Recommendation of Magistrate Judge Douglas E. Arpert at docket entry 11 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's Complaint be dismissed without prejudice.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.